# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-mj-00171-EJY |
| Plaintiff, | |
| v. | **Order Granting Motion to Dismiss Criminal Complaint Without Prejudice** |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the criminal complaint filed against defendant Matthew Wade Beasely in this matter.

JASON M. FRIERSON
United States Attorney

*/s/ Daniel R. Schiess*
DANIEL R. SCHIESS
ERIC C. SCHMALE
Assistant United States Attorneys

Leave of Court is granted for the filing of the above dismissal.

DATED this 31st day of March, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3